No. 580. STATE AUTOMOBILE INSURANCE ASSN. *v.* GLICK, ADMINISTRATRIX. On writ of certiorari to the Supreme Court of Nebraska. Argued March 11, 1935. Decided March 18, 1935. *Per Curiam:* As it appears that the judgment of the state court rested upon a non-federal ground adequate to support it, the writ of certiorari is dismissed as improvidently granted. *Mr. Guy C. Chambers,* with whom *Mr. George B. Boland* was on the

brief, for petitioner. *Mr. Herbert Baird*, with whom *Messrs. Richard F. Stout* and *Allen W. Field* were on the brief, for respondent.